Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## 26 CV 3864

Complaint

STATEMENT OF JURISDICTION

I plaintiff, Diana Sanchez in 249 W 61st street New York, NY 10023 against Citi
MASTERCARD headquarters in New York gives the United States Courthouse in 500
Pearl Street New York, NY 10007. court authority to humbly abide and legally published
the following motion against TEMU online marketplace operated by e-commerce
company.

Ordered Michael Kors bag by accident .It was refunded in a citi MASTERCARD. The card
is not mine. Cash bond, or money order only of amount of $82 is . 28 U.S. Code § 1332

Diana Sanchez
Dsanchez10346@gmail.com
249 W 61st street apt 3a
New York, NY
718-909-7283



RECEIVED
MAY - 8 2026
PRO SE OFFICE

 **TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

## Order summary

| | |
|---|---|
| Order ID: | PO-211-07809419635833149 |
| Order time: | Mar 30, 2026 |
| Item(s) total: | $76.05 |
| Limited-time brand discount: | -$0.76 |
| Shipping: | FREE |
| Sales tax: | $6.68 |
| **Order total:** | **$81.97** |

## Shipping address

Diana Sanchez +1 (646)260-7482 , 249 W 61st St, 3a, NEW YORK, NY 10023-7814, United States

## Payment method

 Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

Mastercard ...0623                                    $81.97
Paid on Mar 30, 2026

Billing address: Diana Sanchez +1 (646)260-7482, 249 W 61st St, 3a, NEW YORK, NY 10023-7814, United States

## Item details (1)

Bolso bandolera cruzado de hombro pequeño d...                        $76.05

Tono negro/dorado                                    ×1

By ▫ LuxyVIP



Diana Sanchez
249 W 61st Street Apt 3A
New York, NY 10023

RECEIVED
MAY -8 2026
PRO SE OFFICE

RECEIVED
MAY 07 2026
CLERK'S OFFICE
S.D.N.Y.

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Pro se

USM P3
SDNY





